**WIRELESS INK CORPORATION,**
**Appellant**

**v.**

**FACEBOOK, INC., Appellee.**

No. 2015–1299.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2015.

Joseph Bernard Ryan, Ryan, Mason & Lewis, LLP, Melville, N.Y., argued for appellant. Also represented by Patrick Gregory Murray.

Heidi Lyn Keefe, Cooley LLP, Palo Alto, CA, argued for appellee. Also represented by Elizabeth L. Stameshkin, Mark R. Weinstein.

REYNA, MAYER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**